IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MATTHEW LOUIS WATSON,                    :
    Plaintiff,                           :
                                         :
    v.                                   :       CIVIL ACTION NO. 26-CV-1941
                                         :
RONALD ALLEN SMITH, *et al.*,            :
    Defendants.                          :

## ORDER

AND NOW, this 6ᵗʰ day of April, 2026, upon consideration of Matthew Louis Watson's

Motion to Proceed *In Forma Pauperis* (ECF No. 1), Prisoner Trust Fund Account Statement

(ECF No. 3), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      Matthew Louis Watson, #2016-1041, shall pay the full filing fee of $350 in

installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case.  The Court

directs the Warden of Lancaster County Prison or other appropriate official to assess an initial

filing fee of 20% of the greater of (a) the average monthly deposits to Watson's inmate account;

or (b) the average monthly balance in Watson's inmate account for the six-month period

immediately preceding the filing of this case.  The Warden or other appropriate official shall

calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court

with a reference to the docket number for this case.  In each succeeding month when the amount

in Watson's inmate trust fund account exceeds $10.00, the Warden or other appropriate official

shall forward payments to the Clerk of Court equaling 20% of the preceding month's income

credited to Watson's inmate account until the fees are paid.  Each payment shall refer to the

docket number for this case.

3.    The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of Lancaster County Prison.

4.    The Complaint is **DEEMED** filed.

5.    Watson's Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

6.    The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
KAI N. SCOTT, J.

2